FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0546

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0546

_____

JOSEPH H. SCHMAUS,

   Plaintiff and Appellant,

 v.

CX RANCH, LLP,

   Defendant and Appellee.

_____

FILED

DEC 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellee CX Ranch, LLP moves for dismissal of this appeal because a final judgment has not yet been entered. Appellant Joseph H. Schmaus responds in opposition, arguing he has appealed from a final judgment.

CX Ranch notes that the Montana Rules of Appellate Procedure provide a "final judgment . . . includ[es] any necessary determination of the amount of the costs and attorney fees awarded or sanction imposed." M. R. App. P. 4(1). CX Ranch explains that while the Broadwater County District Court issued an Order on Motion to Dismiss granting its motion on November 12, 2020, the court also granted its motion for its litigation and attorney fees, which determination has not yet been made because the appeal deprived the court from jurisdiction. Schmaus argues in response that the District Court deemed the motion to dismiss as a motion for summary judgment and rendered a final, appealable judgment, not an interlocutory order.

Upon review, we conclude that this appeal is prematurely before this Court. There is not a final judgment, pursuant to M. R. App. P. 4(1)(a) and 6(1), and the District Court needs an opportunity to issue an order assessing costs and attorney fees. We routinely dismiss appeals to permit this determination to be made. Schmaus retains a right to appeal upon entry of a final judgment. Therefore,

IT IS ORDERED that CX Ranch's Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED without prejudice.

The Clerk of the Supreme Court is directed to close this case as of the date of this Order and to issue remittitur.

The Clerk also is directed to provide a copy of this Order to the Honorable Judge Mike Menahan, First Judicial District Court; to Valerie J. Hornsveld, Clerk of District Court, Broadwater County, under Cause No. ADV-2020-31; to counsel of record, and to Joseph H. Schmaus personally.

DATED this 8th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2